| | |
|---|---|
| 1 | D. MARC LYDE, SBN 134869 |
| 2 | MICHAEL GALLERT, SBN 212633 |
|   | LEONARD & LYDE |
| 3 | 1600 Humboldt Road, Suite 1 |
|   | Chico, California 95928 |
| 4 | Telephone: (530) 345-3494 |
|   | Facsimile: (530) 345-0460 |

D. MARC LYDE, SBN 134869
MICHAEL GALLERT, SBN 212633
LEONARD & LYDE
1600 Humboldt Road, Suite 1
Chico, California 95928
Telephone: (530) 345-3494
Facsimile: (530) 345-0460

Attorneys for Defendant,
HILL COUNTRY COMMUNITY CLINIC

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Steve Anthony Harrasser, | CASE NO. 2:25-CV-02870-DC-DMC |
| Plaintiff, | **DEFENDANT HILL COUNTRY COMMUNITY CLINIC'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR LACK OF JURISDICTION** |
| vs. | |
| Hill Country Community Clinic; and Does 1-10, inclusive, | Hearing Date: December 19, 2025 |
| | Hearing Time: 1:30 p.m. |
| | Judge: Dena Coggins |
| | Trial Date: Not Set |
| Defendants. | |

PLEASE TAKE NOTICE THAT on December 19, 2025, or as soon thereafter as the matter may be heard in Courtroom 10 of the United States Eastern District Courthouse, 501 I Street Sacramento, CA, 95814, before U.S. District Judge Dena Coggins, defendant Hill Country Community Clinic will move this Court for an order dismissing plaintiff's complaint pursuant to Federal Rule of Civil Procedure 12(b)(1) for lack of subject matter jurisdiction as plaintiff failed to comply with the requisite administrative remedies.

This motion is based on this notice of motion and motion to dismiss, the points and authorities cited here, the Declaration of Jo Campbell and the attached Exhibit B, the pleadings on file in this action, and all other evidence as may be submitted or considered by the court, and any oral argument permitted.

///

| | | |
|---|---|---|
| 1 | DATED:  October 30, 2025 | LEONARD & LYDE |
| 2 | | |
| 3 | | /s/ Michael Gallert, Esq. |
| 4 | | BY: _____ |
|   | | MICHAEL GALLERT |
|   | | Attorney for Defendant |
| 5 | | HILL COUNTRY COMMUNITY CLINIC |

*PROOF OF SERVICE BY MAIL*
*(CCP Sections 1013a & 2015.5)*

I declare that:

I am employed in the County of Butte, State of California and my business address is 1600 Humboldt Road, Suite 1, Chico, California; I am over the age of eighteen years and not a party to the within entitled cause.

On October 30, 2025, I served *Defendant Hill Country Community Clinic's Motion to Dismiss Plaintiff's Complaint for Lack of Jurisdiction; Memorandum of Points and Authorities in Support of Defendant Hill Country Community Clinic's Motion to Dismiss Plaintiff's Complaint for Lack of Jurisdiction; and Declaration of Jo Campbell in Support Defendant Hill Country Community Clinic's Motion to Dismiss Plaintiff's Complaint for Lack of Jurisdiction,* on the following in said cause, by:

[ ] **United States Postal Service:** I am familiar with this firm's practice for collection and processing correspondence for mailing with the United States Postal Service pursuant to which practice all correspondence will be deposited with the United States Postal Service the same day in the ordinary course of business. I served a true copy of the aforementioned document(s) enclosed in a sealed envelope, via U.S. Mail, addressed as follows:

[X] **Federal Express Overnight Service:** I am familiar with this firm's practice for collection and processing correspondence for mailing with Federal Express Service pursuant to which practice all correspondence will be deposited with the Federal Express Service the same day in the ordinary course of business. I served a true copy of the aforementioned document(s) enclosed in a sealed "FedEx Envelope" or "FedEx Pak", with fees full prepaid, addressed as follows:

[X] **Electronic Mail:** Pursuant to the California Rules of Court, Appendix 1, Emergency Rule 12, approved by the Judicial Council, I served a true copy of the aforementioned document(s) via electronic mail on the parties for whom an e-mail address has been provided:

*Rick Morin, Esq.*                                                                                                          *Counsel for Plaintiff*
*Law Office of Rick Morin*
*21163 Newport Coast Drive #206*
*Newport Coast, CA 926557*
*Via email: legal@rickmorin.net*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on October 30, 2025, at Chico, California.

*_____*
*Emma Contreras*